UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRANK EDWIN PATE,

    Petitioner,

v.                                  Case No. 3:21cv1049-MCR-HTC

M V JOSEPH WARDEN,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 13, 2021 (ECF No. 7), which recommends this case be dismissed *sua sponte* for Petitioner's failure to exhaust his administrative remedies. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (ECF Doc. 7) is adopted and incorporated by reference in this order.

(2)   The petition under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to exhaust his administrative remedies.

(3)   The Clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**